# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANDRA ESTHER JUSINO,  : Civil No. 1:26-cv-00471
:
    Plaintiff,  :
:
    v.  :
:
LEBANON SCHOOL DISTRICT, *et al.*, :
:
    Defendants.  : Judge Jennifer P. Wilson

## CASE MANAGEMENT ORDER

Counsel participated in a telephonic case management conference with the court on June 10, 2026, at which time, agreements were reached by the parties in consultation with the court after review of the parties' joint case management plan. The following summary of dates and deadlines is provided for convenience, but counsel shall review the entirety of this order.

## Summary of Dates and Deadlines

| | |
|---|---|
| Joinder of additional parties: | November 30, 2026 |
| Amended pleadings: | November 30, 2026 |
| Discovery Disputes: | January 15, 2027 |
| Status conference: | January 27, 2027, at 9:15 a.m. |
| Fact discovery: | February 26, 2027 |
| Dispositive motions and supporting briefs: | March 31, 2027 |
| Plaintiff's expert reports: | March 31, 2027 |
| Defendant's expert reports: | April 30, 2027 |
| Supplemental and rebuttal expert reports: | May 21, 2027 |
| Expert discovery: | June 11, 2027 |
| Trial: | September 13, 2027 |

**IT IS ORDERED THAT**:

**1.     Joinder of Additional Parties and Amended Pleadings.**  All additional parties shall be joined by **November 30, 2026**.  Amended pleadings are due by **November 30, 2026**.

**2.     Trial List.**  The above case is hereby placed on the **September 13, 2027**, trial list.[1]

**3.     Discovery Disputes.**  The final deadline to file a discovery dispute shall be six (6) weeks prior to the close of fact discovery.

**4.     Status Conference.**  A status conference will be conducted via telephone by the court on **January 27, 2027, at 9:15 a.m.**[2]  The parties shall call-in to the conference calling number 570-218-8447, using the phone conference ID 660 227 256#.  The purpose of this conference will be to discuss any outstanding discovery issues, settlement options, and any other issues.  Participation in this conference by

---

[1] The court schedules every civil case on its docket on a trial list date.  A trial list date is distinct from a trial date certain.  The court will schedule a trial date certain by means of a separate scheduling order after conferring with counsel about the selection of a trial date certain.  If any dispositive motion is filed in this case, the court will generally continue the trial list date, pending resolution of the dispositive motion.  However, if no dispositive motion is filed in this case, the court will convene a telephone status conference with counsel to select a trial date certain.

[2] Counsel should be aware that this is a conference calling number that is utilized for multiple calls scheduled in ten- or fifteen-minute intervals.  If you dial in and another call is in progress, please wait until the courtroom deputy announces your case.  The courtroom deputy is aware when a new caller joins the conference.  You should follow the same etiquette expected when you enter a courtroom and a proceeding is in progress.  When your case is called, state your name and client.  Be advised that court staff are monitoring the conference at all times.

counsel and by self-represented parties is mandatory.  Any counsel of record may participate in this conference call, as long as the attorney taking the lead for the conference is fully prepared to address the above matters.

**5.**     **Fact Discovery.**  Fact discovery shall be completed by **February 26, 2027**. All requests for extensions of this deadline shall be made at least fourteen days before the expiration of the discovery period.

**6.**     **Expert Reports and Expert Discovery**.  Plaintiff's expert reports are due on **March 31, 2027**.  Defendant's expert reports are due on **April 30, 2027**. Supplemental and rebuttal expert reports are due on **May 21, 2027**.  Expert discovery shall be completed by **June 11, 2027**.

**7.**     **Dispositive Motions.**  Dispositive motions <u>and</u> supporting briefs shall be filed by.  Briefing on dispositive motions shall comply with Local Rules 7.4, 7.5, 7.6, 7.7, 7.8, and 56.1, except that briefs in support of any dispositive motions shall be filed by the above date **March 31, 2027**.

**8.**     The court will not consider any submission filed after the deadlines established in this order or, in the absence of a court order, the Federal Rules of Civil Procedure, or the Local Rules of the Middle District of Pennsylvania, unless counsel includes a written explanation for the lateness along with the late submission and the court concludes that the lateness was substantially justified or unavoidable.

**9.** Counsel and parties shall not mutually agree to extend any time periods established by the court's case management order, the Local Rules, or the Federal Rules of Civil Procedure without the approval of the court.  Requests for extension of time must comply with Local Rule 7.5.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania

Dated: June 11, 2026