## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SANDRA A. ESTHER JUSINO   :
ADMINISTRATOR OF THE ESTATE  :
OF YADRIEL RIVERA JUSINO,   :
              :
   Plaintiff,      :
              :
   v.         :
              :  NO. 26-cv-00471-JPW
LEBANON SCHOOL DISTRICT,  :
STACI O'BYLE, in her individual capacity, : JURY TRIAL DEMANDED
NICHOLAS BULLOCK, in his individual :
EMILY EMERICH, in her individual  :
Capacity, and DOE SOCIAL WORKER, :
In her individual capacity, and DOE(S) 1-10 :
              :
Defendants.        :

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT
## PURSUANT TO FED. R. CIV. P. 12(B)(6)

Defendants Lebanon School District, Nicholas Bullock, Staci O'Byle, and Emily Emerich, by their attorneys, Marshall Dennehey, PC, hereby move before this Honorable Court to dismiss Plaintiff's Amended Complaint, pursuant to Fed. R. Civ. P. 12(b)(6) and in support of its Motion, Defendant states the following:

1. Plaintiff filed her Complaint in this action on February 25, 2026. (Doc 1).

2. A Waiver of the Service of Summons was executed on behalf of Moving Defendants and filed with the Court on March 19, 2026 (Doc 6).

3. On May 18, 2026, Moving Defendants filed a Motion to Dismiss the Complaint. (Doc. 10).

4. On May 29, 2026, Plaintiff filed an Amended Complaint dropping Daniel Rau as an individual Defendant and adding Staci O'Byle as a Defendant. (Doc. 11).

5. On June 2, 2026, this Court dismissed Defendants' Motion to Dismiss the original Complaint as moot and without prejudice. (Doc. 12).

6. On June 5, 2026, Defendants filed Waiver of Summons on behalf of Defendant Staci O'Byle. (Doc. 14).

7. Therefore, Defendants' response is timely.

8. Plaintiff's Amended Complaint sets forth five causes of action against Moving Defendants: Count I – a Title VI claim against all Defendants; Count II – a Fourteenth Amendment Equal Protection claim vis-à-vis 42 U.S.C. §1983 against all Defendants;  Count III –a Fourteenth Amendment Due Process claim vis-à-vis 42 U.S.C. §1983 against all Defendants; Count IV – Americans with Disabilities Act (ADA) claim against all Defendants; and Count V- a Section 504 Rehabilitation Act claim against all Defendants.

9. Plaintiff has failed to state a Title VI claim against Moving Defendants upon which relief may be granted, and Count I of the Amended Complaint should be dismissed.

10. In the alternative, Plaintiff's Title VI claim against Individual Defendants Bullock, O'Byle, and Emerich must be dismissed as individual liability may not be asserted under Title VI. <u>Whitfield v. Notre Dame Middle Sch.</u>, 412 F. App'x 517, 521 (3d Cir. 2011).

11. Plaintiff has failed to state a plausible 42 U.S.C. §1983 Fourteenth Amendment Equal Protection claim against the District upon which relief may be granted, and Count II of the Amended Complaint should be dismissed.

12. In the alternative, Plaintiff has failed to state a §1983 claim against Individual Defendants Bullock, O'Byle, and Emerich upon which relief can be granted, and Count II must be dismissed as to Individual Defendants.

13. Plaintiff has failed to state a plausible 42 U.S.C. §1983 claim for "failure to train" against the District upon which relief can be granted, and Count III must be dismissed.

14. In the alternative, Plaintiff has failed to state a §1983 claim against Individual Defendants Bullock, O'Byle, and Emerich upon which relief can be granted, and Count III must be dismissed as to Individual Defendants.

15. Plaintiff has failed to state a plausible Americans with Disabilities Act (ADA) claim against the District upon which relief may be granted, and Count IV of the Amended Complaint should be dismissed.

16.   Alternatively, employees are not individually liable under the ADA. Emerson v. Thiel College, 296 F.3d 184, 189 (3d Cir. 2002). As such, Count IV of the Amended Complaint must be dismissed against individual Defendants Bullock, O'Byle, and Emerich.

17.   Plaintiff has failed to state a plausible §504 Rehabilitation Act claim against the District upon which relief may be granted, and Count V of the Amended Complaint should be dismissed.

18.   In the alternative, employees are not individually liable for violations of Section 504 of the Rehabilitation Act. A.W. v. Jersey City Public Schools, 486 F.3d 791, 804. Accordingly, Count V should be dismissed as to individual Defendants Bullock, O'Byle, and Emerich.

19.   Alternatively, to the extent Plaintiff seeks the recovery of punitive damages against the Moving Defendants in Counts I, IV, and V, the claim must be dismissed.  Punitive damages are not available under Title VI, Title II of the ADA, and Section 504 Rehabilitation Act.

20.   Alternatively, to the extent Plaintiff seeks punitive damages against the District or individual defendants acting in their official capacities, punitive damages cannot be recovered.  Zimmerman v. Schaeffer, 654 F. Supp. 2d 226 (M.D. Pa. 2009). Therefore, Counts II and III must be dismissed to the extent Plaintiff seeks

4

punitive damages against the District or Individual Defendants in their official capacities.

21.     Alternatively, Bullock, O'Byle, and Emerich are entitled to qualified immunity as to Plaintiff's §1983 Fourteenth Amendment Equal Protection and Failure to Train (<u>Monell</u>) claims in Counts II and III, respectively.

WHEREFORE, for the foregoing reasons, and for the reasons more fully stated in their forthcoming brief, Moving Defendants Lebanon School District, Nicholas Bullock, Staci O'Byle, and Emily Emerich respectfully request that the Court grant their Motion and dismiss Plaintiff's Amended Complaint with prejudice and without leave to amend.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

Dated:  June 11, 2026

BY: */s/  Christopher J. Conrad*
Christopher J. Conrad, Esquire
PA Atty. I.D. No. 202348
Daniel McGannon, Esquire
PA Atty. I.D. No. 309357
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
Ph: (717) 651-3531/ Fax: (717) 651-3707
Email: cjconrad@mdwcg.com;
dpmcgannon@mdwcg.com
*Attorneys for Defendants Lebanon School*
*District, Nicholas Bullock, Staci O'Byle, and*
*Emily Emerich*

5

## **CERTIFICATE OF NON-CONCURRENCE AND COMPLIANCE WITH ORDER OF COURT**

The undersigned, as counsel for Defendants Lebanon School District, Nicholas Bullock, Staci O'Byle, and Emily Emerich, contacted Plaintiff's counsel to advise of the relief requested in this Motion as required by Local Rule 7.1 to meet and confer. The undersigned contacted opposing counsel advising of our intended motion, including the legal theories and arguments the undersigned intended to raise by way of Rule 12(b)(6). Counsel previously discussed Defendants' arguments which are substantially the same as to the Original Complaint. Counsel further discussed during our recent Case Management Conference in this matter. Undersigned counsel reached out to Plaintiff's counsel on the date of this filing, but Plaintiff's counsel did not respond prior to the filing of this Motion. Therefore, Defendants assume Plaintiff does not concur with its filing.

Respectfully submitted,

MARSHALL DENNEHEY, P.C.

Dated:    June 11, 2026

BY: */s/   Daniel P. McGannon*
Christopher J. Conrad, Esquire
PA Atty. I.D. No. 202348
Daniel P. McGannon, Esquire
PA Atty. I.D. No. 309357
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
Ph: (717) 651-3531
Fax: (717) 651-3707
Email: cjconrad@mdwcg.com;
dpmcgannon@mdwcg.com

6

*Attorneys for Defendants*
*Lebanon School District, Nicholas Bullock,*
*Daniel Rau, and Emily Emerich*

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that I served a true and accurate copy

of the foregoing document, on all counsel of record, via ECF, on the below date.

MARSHALL DENNEHEY, P.C.

Dated:  June 11, 2026

By: */s/  Daniel P. McGannon*
Christopher J. Conrad, Esquire
PA Atty. I.D. No. 202348
Daniel P. McGannon, Esquire
PA Atty. I.D. No. 309357
200 Corporate Center Drive, Suite 300
Camp Hill, PA 17011
Ph: (717) 651-3531
Fax: (717) 651-3707
Email: cjconrad@mdwcg.com;
dpmcgannon@mdwcg.com
*Attorneys for Defendants*
*Lebanon School District, Nicholas Bullock,*
*Daniel Rau, and Emily Emerich*