**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

SANDRA A. ESTHER JUSINO             :
ADMINISTRATOR OF THE ESTATE         :
OF YADRIEL RIVERA JUSINO,           :
        Plaintiff,                   :
                                    :
                                    :
    v.                              :
                                    :
                                    :    NO. 26-cv-00471-JPW
LEBANON SCHOOL DISTRICT,             :
STACI O'BYLE, in her individual capacity, :    JURY TRIAL DEMANDED
NICHOLAS BULLOCK, in his individual  :
EMILY EMERICH, in her individual     :
Capacity, and DOE SOCIAL WORKER,     :
In her individual capacity, and DOE(S) 1-10 :
Defendants.                          :

**ORDER GRANTING MOTION TO**
**DISMISS PLAINTIFF'S AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2026, upon consideration of

the Motion to Dismiss Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P.

12(b)(6), filed by and on behalf of Defendants Lebanon School District, Staci

O'Byle, Nicholas Bullock, and Emily Emerich and Plaintiff's response thereto, it is

hereby ORDERED that the Motion is GRANTED.    Accordingly, Plaintiff's

Amended Complaint is DISMISSED WITH PREJUDICE.

                BY THE COURT:

                _____

                Hon. Jennifer P. Wilson
                United States District Judge