# EXHIBIT A

PowerSchool SIS



R[redacted] J[redacted], Y[redacted]

RP Other IU HOLD HOME CYBER DO **25-26 Year**

Name: R[redacted] J[redacted], Y[redacted] Student Number: 291665 Grade: 7 Track: A Home School: MS Transferred Out Age: 14 PASecureID: 4646112647

# Daily Attendance

## Daily Attendance Monthly Summary R[redacted] J[redacted], Y[redacted] SN: 291665 Total Records: 4

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total | Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days Enrolled | 0 | 3 | 20 | 18 | 14 | 15 | 20 | 19 | 21 | 17 | 22 | 6 | 175 | 100% |
| Membership | 0 | 3 | 20 | 18 | 14 | 15 | 20 | 19 | 21 | 17 | 22 | 6 | 175 | 100% |
| Present | 0 | 3 | 18 | 14.5 | 13 | 10 | 19 | 13.5 | 18.5 | 12.5 | 19 | 4 | 145 | 82.9% |
| Absence | 0 | 0 | 2 | 3.5 | 1 | 5 | 1 | 5.5 | 2.5 | 4.5 | 3 | 2 | 30 | 17.1% |

## Daily Attendance List R[redacted] J[redacted], Y[redacted] SN: 291665 Total Records: 43

| School | Attendance Date | Day | Day Name | Code | Description | Attendance Comment |
|---|---|---|---|---|---|---|
| MS | 06/08/2023 | Thursday | Day 2 | X | Unlawful | |
| MS | 06/06/2023 | Tuesday | Day 6 | X | Unlawful | |
| MS | 05/25/2023 | Thursday | Day 5 | X | Unlawful | |
| MS | 05/24/2023 | Wednesday | Day 4 | E | Excused | |
| MS | 05/19/2023 | Friday | Day 1 | PN | Parent Note | |
| MS | 04/27/2023 | Thursday | Day 3 | EDX | Early Dismissal - Unlawful | |
| MS | 04/21/2023 | Friday | Day 5 | X | Unlawful | |
| MS | 04/14/2023 | Friday | Day 6 | E | Excused | |
| MS | 04/13/2023 | Thursday | Day 5 | E | Excused | |
| MS | 04/12/2023 | Wednesday | Day 4 | E | Excused | |
| MS | 04/11/2023 | Tuesday | Day 3 | HD | Half Day Excused | |
| MS | 03/30/2023 | Thursday | Day 4 | HD | Half Day Excused | |
| MS | 03/22/2023 | Wednesday | Day 4 | PN | Parent Note | |
| MS | 03/16/2023 | Thursday | Day 6 | T | Tardy | |
| MS | 03/03/2023 | Friday | Day 5 | PN | Parent Note | |
| MS | 02/23/2023 | Thursday | Day 5 | E | Excused | |
| MS | 02/21/2023 | Tuesday | Day 3 | E | Excused | |
| MS | 02/17/2023 | Friday | Day 2 | E | Excused | |
| MS | 02/16/2023 | Thursday | Day 1 | E | Excused | |
| MS | 02/15/2023 | Wednesday | Day 6 | HD | Half Day Excused | |
| MS | 02/09/2023 | Thursday | Day 2 | T | Tardy | |
| MS | 02/06/2023 | Monday | Day 5 | EDX | Early Dismissal - Unlawful | |
| MS | 02/02/2023 | Thursday | Day 3 | E | Excused | |
| MS | 01/30/2023 | Monday | Day 6 | T | Tardy | |

LSD000015

| School | Attendance Date | Day | Day Name | Code | Description | Attendance Comment |
|---|---|---|---|---|---|---|
| | | | | | | |
| MS | 01/18/2023 | Wednesday | Day 5 | T | Tardy | |
| MS | 01/12/2023 | Thursday | Day 1 | E | Excused | |
| MS | 01/06/2023 | Friday | Day 3 | T | Tardy | |
| MS | 12/22/2022 | Thursday | Day 5 | X | Unlawful | |
| MS | 12/21/2022 | Wednesday | Day 4 | E | Excused | |
| MS | 12/20/2022 | Tuesday | Day 3 | E | Excused | |
| MS | 12/19/2022 | Monday | Day 2 | E | Excused | |
| MS | 12/12/2022 | Monday | Day 4 | PN | Parent Note | |
| MS | 11/30/2022 | Wednesday | Day 2 | PN | Parent Note | |
| MS | 11/08/2022 | Tuesday | Day 5 | EDE | Early Dismissal - Excused | |
| MS | 10/28/2022 | Friday | Day 4 | PN | Parent Note | |
| MS | 10/13/2022 | Thursday | Day 5 | T | Tardy | |
| MS | 10/07/2022 | Friday | Day 4 | X | Unlawful | |
| MS | 10/06/2022 | Thursday | Day 3 | HD | Half Day Excused | |
| MS | 10/04/2022 | Tuesday | Day 1 | PN | Parent Note | |
| MS | 09/20/2022 | Tuesday | Day 3 | PN | Parent Note | |
| MS | 09/14/2022 | Wednesday | Day 5 | T | Tardy | |
| MS | 09/08/2022 | Thursday | Day 1 | T | Tardy | |
| MS | 09/06/2022 | Tuesday | Day 5 | A | Absent | |

## Daily Attendance Monthly Counts

R[redacted] J[redacted], Y[redacted] SN: 291665 Total Records: 8

| Code | Description | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| A | Absent | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| EDE | Early Dismissal - Excused | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| EDX | Early Dismissal - Unlawful | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 2 |
| E | Excused | 0 | 0 | 0 | 0 | 0 | 3 | 1 | 5 | 0 | 3 | 1 | 0 | 13 |
| HD | Half Day Excused | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 4 |
| PN | Parent Note | 0 | 0 | 1 | 2 | 1 | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 8 |
| T | Tardy | 0 | 0 | 2 | 1 | 0 | 0 | 3 | 1 | 1 | 0 | 0 | 0 | 8 |
| X | Unlawful | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 2 | 6 |

LSD000016

# EXHIBIT B

PowerSchool SIS



R[redacted] J[redacted], Y[redacted]

RP Other IU HOLD HOME CYBER DO **25-26 Year**

Name: R[redacted] J[redacted], Y[redacted] Student Number: 291665 Grade: 7 Track: A Home School: MS TransferredOut Age: 14 PASecureID: 4646112647

# Daily Attendance

## Daily Attendance Monthly Summary R[redacted] J[redacted], Y[redacted] SN: 291665 Total Records: 4

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | Total | Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Days Enrolled | 0 | 4 | 19 | 21 | 15 | 15 | 18 | 19 | 18 | 20 | 21 | 0 | 170 | 100% |
| Membership | 0 | 4 | 19 | 21 | 15 | 15 | 18 | 19 | 18 | 20 | 21 | 0 | 170 | 100% |
| Present | 0 | 4 | 16 | 20 | 14 | 13 | 16 | 17 | 18 | 18 | 19 | 0 | 155 | 91.2% |
| Absence | 0 | 0 | 3 | 1 | 1 | 2 | 2 | 2 | 0 | 2 | 2 | 0 | 15 | 8.8% |

## Daily Attendance List R[redacted] J[redacted], Y[redacted] SN: 291665 Total Records: 25

| School | Attendance Date | Day | Day Name | Code | Description | Attendance Comment |
|---|---|---|---|---|---|---|
| MS | 05/31/2024 | Friday | Day 2 | A | Absent | |
| MS | 05/10/2024 | Friday | Day 1 | PN | Parent Note | |
| MS | 04/24/2024 | Wednesday | Day 1 | E | Excused | |
| MS | 04/19/2024 | Friday | Day 4 | T | Tardy | |
| MS | 04/08/2024 | Monday | Day 1 | PN | Parent Note | |
| MS | 03/07/2024 | Thursday | Day 2 | T | Tardy | |
| MS | 02/29/2024 | Thursday | Day 3 | X | Unlawful | |
| MS | 02/23/2024 | Friday | Day 5 | PN | Parent Note | |
| MS | 02/02/2024 | Friday | Day 4 | T | Tardy | |
| MS | 01/31/2024 | Wednesday | Day 2 | T | Tardy | |
| MS | 01/29/2024 | Monday | Day 6 | E | Excused | |
| MS | 01/23/2024 | Tuesday | Day 2 | EDE | Early Dismissal - Excused | |
| MS | 01/18/2024 | Thursday | Day 1 | T | Tardy | |
| MS | 01/17/2024 | Wednesday | Day 6 | EDX | Early Dismissal - Unlawful | |
| MS | 01/10/2024 | Wednesday | Day 3 | X | Unlawful | |
| MS | 12/14/2023 | Thursday | Day 3 | PN | Parent Note | |
| MS | 12/13/2023 | Wednesday | Day 2 | PN | Parent Note | |
| MS | 11/10/2023 | Friday | Day 3 | X | Unlawful | |
| MS | 10/25/2023 | Wednesday | Day 4 | X | Unlawful | |
| MS | 10/12/2023 | Thursday | Day 1 | FT | Field Trip | |
| MS | 09/21/2023 | Thursday | Day 5 | E | Excused | |
| MS | 09/20/2023 | Wednesday | Day 4 | T | Tardy | |
| MS | 09/18/2023 | Monday | Day 2 | T | Tardy | |
| MS | 09/11/2023 | Monday | Day 3 | E | Excused | |

LSD000013

| School | Attendance Date | Day | Day Name | Code | Description | Attendance Comment |
|---|---|---|---|---|---|---|
| | | | | | | |
| MS | 09/08/2023 | Friday | Day 2 | PN | Parent Note | |

**Daily Attendance Monthly Counts** R[redacted] J[redacted], Y[redacted] **SN: 291665** **Total Records: 8**

| Code | Description | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | |
| A | Absent | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 |
| EDE | Early Dismissal - Excused | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| EDX | Early Dismissal - Unlawful | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 |
| E | Excused | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 4 |
| FT | Field Trip | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| PN | Parent Note | 0 | 0 | 1 | 0 | 0 | 2 | 0 | 1 | 0 | 1 | 1 | 0 | 6 |
| T | Tardy | 0 | 0 | 2 | 0 | 0 | 0 | 2 | 1 | 1 | 1 | 0 | 0 | 7 |
| X | Unlawful | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 4 |

LSD000014

# EXHIBIT C

PowerSchool SIS



R[redacted] J[redacted], Y[redacted]

RP Other IU HOLD HOME CYBER DO 25-26 Year

Name: R[redacted] J[redacted], Y[redacted] Student Number: 291665 Grade: 7 Track: A Home School: MS Transferred OutAge: 14 PASecureID: 4646112647

## Log Entries

No data to display.

No data to display.

Edit Discipline Alert

| Smart Search | Date Range | Author | Log Type |
|---|---|---|---|
| | MM/DD/YYYY - MM/DD/YYYY | All | All |

1-49 of 49 items

| Date | Author | Log Type | Subtype | Subject | Entry | Log Letter |
|---|---|---|---|---|---|---|
| 12/23/2025 | Evans, Jessica | Special Education | | Phone call | Contacted parent with Interpreter Jessica Irizarry to inquire on what special education documents she was looking to be printed for her. A voicemail was left. | |
| 06/04/2024 | Bullock, Nicholas A | Confidential | | Parent Contact | I spoke with Y[redacted]'s stepdad along with Mr. Coatsworth. His stepfather brought up questions related to peer concerns Y[redacted] had. I shared with him that unfortunately we had not received any concerns that I was aware of and Mr. Coatsworth and I had reviewed our system and we did not have any recorded incidents. | |
| 06/03/2024 | Bullock, Nicholas A | Confidential | | Parent Contact | Mr. Coatsworth and I spoke with Y[redacted]'s stepfather after being informed of his passing this morning. We shared our condolences and let him know that we would support as a school in any way we are able to do so. | |
| 03/15/2024 | Benfer, Tina M | Attendance | | Attendance | 6th Tardy letter sent; SAIP Coordinator/Guidance/Truancy Officer. (SAIP) | |
| 03/07/2024 | Gross, Deborah | Attendance | | attendance | 6th tardy 8:11 (52 mins) | |
| 02/02/2024 | Gross, Deborah | Attendance | | attendance | 5th tardy 8:05 (41 mins) | |
| 01/31/2024 | Gross, Deborah | Attendance | | attendance | 4th tardy 8:05 (36 mins) | |
| 01/25/2024 | Benfer, Tina M | Attendance | | Attendance | 3 Day Unlawful letter sent; 3rd unlawful day 1/25/24 ; Per Policy #204 referred for SAIP to SAIP Coordinator/Guidance, Mr. Zatorski, Mr. Bowman and Mr. Bullock. (SAIP) A conference is scheduled for 2/12/24 at 10:30 AM | |
| 01/18/2024 | Gross, Deborah | Attendance | | attendance | 3rd tardy 8:03 (31 mins) | |
| 01/17/2024 | Gross, Deborah | Attendance | | attendance | 1st EDX (20) | |
| 09/20/2023 | Gross, Deborah | Attendance | | attendance | 2nd tardy 8:21 (28 mins) | |
| 09/18/2023 | Gross, Deborah | Attendance | | attendance | 1st tardy 8:07 (7 mins) | |
| 05/18/2023 | Mendoza, Annette | Attendance | | SAIP | Follow up - student returned signed SAIP by parent. | |
| 05/11/2023 | Mendoza, Annette | Attendance | | SAIP | SAIP re-scheduled for 5/11/23. | |
| 05/11/2023 | Benfer, Tina M | Attendance | | Attendance | 10 Day letter sent; SAIP Coordinator/Guidance/Truancy Officer. (SAIP) | |
| 05/11/2023 | Mendoza, Annette | Attendance | | SAIP | Placed student on SAIP. Had SAIP meeting with mom over the phone. Reviewed student attendance. Overall they are pretty good in providing notes. Mailed SAIP to home address. | |
| 05/01/2023 | Benfer, Tina M | Attendance | | Attendance | 3 Day Unlawful letter sent; 3rd unlawful day 1/20/23 ; Per Policy #204 referred for SAIP to SAIP Coordinator/Guidance, Mr. Zatorski, Mr. Bowman and Mr. Bullock. (SAIP) A conference is scheduled for 5/17/23 at 12:30 PM | |
| 04/27/2023 | Gross, Deborah | Attendance | | attendance | 2nd EDX (208) | |
| 03/16/2023 | Gross, Deborah | Attendance | | attendance | 7th tardy 8:05 (169 mins) | |
| 03/14/2023 | Benfer, Tina M | Attendance | | Attendance | 6th Tardy letter sent; SAIP Coordinator/Guidance/Truancy Officer. (SAIP) | |
| 03/01/2023 | Irizarry, Shaittza | Child Accounting | | IRS Enrollment Verification | At the parent / guardian's request enrollment verification letter for this student completed this date. Signed release in file at CAO. | |
| 02/09/2023 | Gross, Deborah | Attendance | | attendance | 6th tardy 8:06 (164 mins) | |
| 02/06/2023 | Benfer, Tina M | Attendance | | Attendance | 1st EDX (178) | |
| 01/30/2023 | Gross, Deborah | Attendance | | attendance | 5th tardy 8:12 (158 mins) | |
| 01/23/2023 | McGuigan, Michael | Parent Contact | | Updated Contact Information | Can we update numbers in PowerSchool for R[redacted] J[redacted], Y[redacted]? We can get rid of the old and add these.<br><br>Thanks!<br>Mike | |
| 01/23/2023 | McGuigan, Michael | Parent Contact | | Conferences | Parents and student showed up for conferences. Main focus was to ask for help when he needs it and finish assignments at home if not finished in school. Overall, positive meeting. | |

LSD000021

| Date | Author | Log Type | Subtype | Subject | Entry | Log Letter |
|---|---|---|---|---|---|---|
| 01/18/2023 | Gross, Deborah | Attendance | | attendance | 4th tardy 8:04 (146 mins) | |
| 01/06/2023 | Gross, Deborah | Attendance | | attendance | 3rd tardy 10:14 (142 mins) | |
| 10/13/2022 | Gross, Deborah | Attendance | | attendance | 2nd tardy 8:05 (8 mins) | |
| 10/05/2022 | Wood, Ulrike | Child Accounting | | Address | New [redacted]. Old [redacted] Change made per information forwarded to Mrs. Lerch by Jodi Boyd at CYS. | |
| 09/28/2022 | Emerich, Emily | Counselor Domain | Personal/Social | Counselor | Y[redacted] shared at 2:30pm yesterday (9/27) a student in a blue hoodie pushed him into the stall and punched him in the face. Y[redacted] does not know the students name. Ms. O'Byle will look at cameras | |
| 09/14/2022 | Gross, Deborah | Attendance | | attendance | 1st tardy 8:03 (3 mins) | |
| 09/12/2022 | Marquez Pauleus, Ana M | Parent Contact | | Family Involvement | Provided housing resources to mother in Spanish. Family has to move out by 9/30/22. Provided information on the CAP program, local shelters, and hotels/motels. Mother will call back if she needs more resources. | |
| 09/08/2022 | Gross, Deborah | Attendance | | tardy | tardy 8:02 | |
| 04/21/2022 | Blanda, Terry | Attendance | | Letter | 3 Day Unlawful letter sent; 3rd unlawful day for 04/13/22; Per Policy #204 referred for SAIP to Heidi Evans, School Counselor. Conference is scheduled for 05/17/22 at 12:30 pm (SAIP) | |
| 03/21/2022 | Blanda, Terry | Attendance | | Tardy | 40 minutes - 2nd tardy = 97 minutes | |
| 01/26/2022 | Irizarry, Shaittza | Child Accounting | | Enrollment Verification - IRS | At the parent / guardian's request enrollment verification letter for this student completed this date. Signed release in file at CAO. | |
| 01/10/2022 | Blanda, Terry | Attendance | | Tardy | 57 minutes - 1st tardy = 57 minutes | |
| 12/16/2021 | Blanda, Terry | Child Accounting | | OE Request | Approved by SE. Student will start at SE effective 1/3/2022. Transfer paper completed 12/16/21. - SE cancelled he OE. | |
| 12/06/2021 | Blanda, Terry | Attendance | | Early Dismissal | left at 11:37am | |
| 10/21/2021 | Blanda, Terry | Attendance | | Early Dismissal | left at 1:20 pm | |
| 06/15/2021 | O'Byle, Staci L | Attendance | | Summer School | I called and left message on 6/14 reminding parent of summer school dates/times. Mr. Cruz called and spoke with the parent on 6/15. They recently moved and will take the HH bus to summer school starting tomorrow. Transportation times were provided. | |
| 05/25/2021 | Bishop, Kathy | Child Accounting | | Address Change | Address Change Xfinity Bill Old: [redacted] | |
| 04/12/2021 | Martin, Janell | Attendance | | Unlawful Absence | For 4/9/21 | |
| 03/31/2021 | Martin, Janell | Attendance | | Unlawful Absence | For 3/22/21 | |
| 12/11/2020 | Walton, Jamie Nikole | Counselor Domain | Personal/Social | School Counselor | It was reported that the students do not have heat in their bedrooms. The only room with heat is in the living room. Contacted Cindy VanAken for assistance. Left message. | |
| 10/19/2020 | Martin, Janell | Attendance | | Unlawful Absence | For 10/12/20 | |
| 10/14/2020 | Monk, Melanie Lynn | Parent Contact | | interim report | Interim report mailed home to inform parent of poor performance. | |
| 09/11/2020 | Walton, Jamie Nikole | Attendance | Counselor Contact | SAIP | Received class dojo message from parent asking if the kids had school today. Replied and confirmed that they have school every day except for Fridays and that if possible, they should come to school late today. | |

**Rows/Page** 1000

| Title | Created On | School | Year | Log Date | Log Type | Views | Signatures |
|---|---|---|---|---|---|---|---|

**Legend**

**Icons** - Date Entry

LSD000022